1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    NATHAN R. WEBER,

9                            Plaintiff,              CASE NO. C19-0387-RSM

10         v.

11   IDS PROPERTY CASUALTY INSURANCE,               ORDER GRANTING APPLICATION TO
                                                    PROCEED IN FORMA PAUPERIS
12                           Defendant.

13

14         Because plaintiff does not appear to have funds available to afford the $400.00 filing fee,

15   plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).

16   Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED.    However, the undersigned

17   recommends review under 28 U.S.C. § 1915(e)(2)(B).  The Clerk of the Court is directed to send

18   a copy of this Order to plaintiff and to the assigned District Judge.

19         DATED this 21st day of March, 2019.

20

21                                                  Mary Alice Theiler
                                                    United States Magistrate Judge
22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1