FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHAN R. WEBER, | No. 1:19-cv-03071-SMJ |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| IDS PROPERTY CASUALTY INSURANCE, | |
| Defendant. | |

On November 25, 2019, the Court notified Plaintiff that failure to file proof of service of the summons and complaint by December 26, 2019 may result in the matter being dismissed without prejudice. ECF No. 9; *see also* Fed. R. Civ. P. 4(m); LCivR 4(l). Plaintiff has not provided proof of service or sought an extension of time to do so.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** All claims are **DISMISSED WITHOUT PREJUDICE**, with Plaintiff to bear his own costs and attorney fees.

**2.** All pending motions are **DENIED AS MOOT**.

**3.** All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE **-** 1

1     **4.**     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff.

**DATED** this 9th day of January 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2